BENJAMIN P. LISSNER, Appellant, v. THE HAYNES AUTOMOBILE COMPANY OF NEW YORK, Respondent.— Order of the Appellate Term reversing a judgment of the Municipal Court and dismissing complaint unanimously affirmed, with costs, on the opinion of Mr. Justice Manning in the Appellate Term.   (Reported in 105 Misc. Rep. 359.)   Present — Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ.

BENJAMIN MATICAN, Respondent, v. LANGROCK BROS. COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs.   No opinion. Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

PUBLIC SERVICE COMMISSION FOR THE FIRST DISTRICT, Respondent, v. BROOKLYN BOROUGH GAS COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements.   No opinion.   Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GIUSEPPE VINTI, alias CERBUZZA, Appellant.—·Judgment of conviction and order of the County Court of Kings county affirmed.   No opinion.   Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ., concurred.

MARY SULLIVAN, Respondent, v. JOHN J. SULLIVAN, Appellant.— Judgment affirmed, with costs.   This court makes additional findings of facts to be added to the sixth finding of fact of the learned justice of the Special Term, as follows: " That by reason of the breach of said agreement by defendant, the plaintiff exercised the option given to her therein and declared the said separation agreement null, void and ·of no effect."   No opinion.   Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ., concurred.

JOHN THATCHER & SON, INC., Plaintiff, v. NEW AMSTERDAM CASUALTY COMPANY, Defendant.— Judgment for ·defendant dismissing the complaint, without costs, in accordance with the terms of the submission.   No opinion. Jenks, P. J., Rich, Blackmar, Kelly and Jaycox, JJ., concurred.

ABBIE J. WAY and WILLIAM H. WAY, Appellants, v. JAMES H. RUSSELL, as Trustee, etc., and Others, Respondents.— Judgment unanimously affirmed, with costs.   No opinion.   Present — Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ.

KATHERINE WETTJE, Respondent, v. LOUIS GOLDSTEIN, Appellant.— Judgment and order unanimously affirmed, with costs.   No opinion.   Present — Jenks, P. J., Rich, Blackmar, Kelly and Jaycox, JJ.

*Decision by the Presiding Justice on Application to Appeal from the Appellate Term.*

In the Matter of Summary Proceedings by FERDINAND MUNCH BREWERY, Appellant, v. EDWARD B. HITTELMAN, Respondent, and Another.— Application denied, with ten dollars costs.